UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIA

FILED
JUN 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ABDUL HAKIM ABDUL KARIM AMIN BUKHARI
Camp Delta
Washington, D.C. 20355

      Petitioner

   v.

GEORGE W. BUSH, President of
the United States

DONALD RUMSFELD, Secretary,
United States Department of Defense

JAY HOOD, Army Brigadier General,
Commander, Joint Task Force-GTMO

MICHAEL I. BUMGARNER, Army
Colonel, Commander, Joint Detention
Operations Group-JTF-GTMO

      Respondents

Leave to file without
Prepayment of Cost **GRANTED**

*/s/ Ricardo M. Urbina/*

Civil Action No.

CASE NUMBER    1:05CV01241

JUDGE: Rosemary M. Collyer

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 06/22/2005

**PETITION FOR WRIT OF HABEAS CORPUS**

GUAN-2005-T01176

The Respected Civilian Judge

Writ of Habeas corpus

I heard a lot about you and standing with the detainees in Guantanamo and helping them to be released, and returning them to their families, and this a very beautiful thing and you will be thanked for it, and God will reward you, and right now we don't own any thing from the ruins of the world, and we know that the United States of America is a free country and it is the country of Democracy, and the accused that they don't have any thing the Government of the United States and the Justice system will find them a Lawyer special to help them, and I hope that you all are happy and in good health and hoping that you will understand my case is simple and short / after what happened in the United States in September / 11 / 2001 by the biggest terrorist and criminal Osama bin Ladin I was in Jordan with the Group of Tabligh and then I returned to Saudi Arabia my beloved Country and then off course the news and the Media all the world was talking about the incident and that the President Bush have declared a war against Afghanistan the Taliban Government and then the Taliban Government declared the Jihad against the Americans and they asked the help of Muslims from all over the world and standing beside them. The truth as you know I am a Muslim so I obeyed my wish without anybody's motivation to help the Muslims in Afghanistan, and that does not mean that I am a terrorist or enemy to Americans or their allies, and that is wrong who ever went to Afghanistan is a terrorist or enemy to Americans or their allies. And when I got to Afghanistan to the group of Arabs Osama Bin Ladin's Group after that about a week they took me to the air port before the war and they beat me such a beating and they tortured me with the cable cord with no evidence they accused me of being spy for the United States or the Saudi Government send and that is and empty talk and illiterate because they judge people without any proof and after that they took me to the Taliban Prison.

Page 2

And then they put in Jail with out any questions not even about my name and also I was complaining of having Hemorrhoids and all the time of the war I was suffering from the pain of the hemorrhoids and they did not ask about me except some prisoners they felt sorry for me, they gave me some Medication like Beta dine and some Ointment but no use and after that two months they brought me some Antibiotic and it helped me but thank God for curing the wound in my left hand....until America and the Allied Countries defeated the Taliban forces and the Al Qaida and the retreat of the Jailers the criminals and they replaced them with the new Government, and came people from the I.C.R.C and they gave us food and what ever we need from the clothes and blankets because it was too cold an the situation was very bad and they took me to the summer hospital (Mirways Hospital) for about eight days which I had two operations at that time for the hemorrhoids and it was successful, and then I went back to the prison with the rest of five prisoners that they were with me and the Red Cross make us wait and they tell us to wait two months or three months and you are in our life because all the areas are at war and then we will send you to Pakistan every one to his embassy and then every one goes to his Country and we were happy and we said we will wait and after that the American forces came and they took our pictures and they told us you will be our guests in our Military base at the Air Port for three or four days and then we will take you to your country and now three and half years past and I am still sitting in this Prison true the

05 1241

FILED

JUN 22 2005


NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

treatment is all right and the food is very very good and the Medical treatment is very good but till when, I want you to understand this case and I am not a terrorist and I am not enemy to America or its Allies or others, and I am ready to sign any piece of paper when they bring me back to my country that I will never leave and if I got to know any terrorist I will be the first to tell on him first to protect my beloved country and then to protect my self and my family and my son. Knowing that those group of Al Qaida threatened me many times to kill me, me and my son and my family, and I have told on them and they are still hurting me and they are hurting other people some of them got sick and some tried to commit suicide, and the gang gather Bin Ladin's gang God destroy him all of them even here in prison they hurt who is not on their side and they bother you day and night with their cursing and throwing the dirt like piss and shit, and they call who ever dose not agree with them an infidel and if he tries to stop them from their vicious doing and try to tell them that is not what Islam do. That is all I have I took long but what can I do the pressure is in my heart, it's not from the soldiers like I mentioned they through dirt, and there is no body to stop them and punish them hard…

Many of the prisoners their sick because of them I beg you let the American Government know with the problems that I faced and this weight and I hope that you agree on letting me free, thank you and God bless you on every good deed you do and helping the weak people like me and thank you very much.

The detainee Abdul Hakim Abdul Karim Amin Bukhari xxx

| Family Name | Father Name | First Name |
|---|---|---|
| Bukhari | Abdal Karim | Abdul Hakim |