السيد المكرم قاضي النظر المدني – WRIT OF HABEAS CORPUS

مضى أكثر من ثلاث سنوات وأنا معتقل مع المحتجزين في جوانتانامو ولست أدري لماذا أسروني
[illegible] الى [illegible] وهذا [illegible] جميل [illegible] عليه [illegible] كرامة [illegible] الأمم
لا شك [illegible] أنا [illegible] أن الولايات المتحدة الأمريكية بلد الكرم والديموقراطية [illegible]
[illegible] الأمريكي [illegible] الأمريكية [illegible] الإنسانية [illegible]
[illegible] دار [illegible] أحيانا [illegible] وصحة [illegible] تمكنوا من [illegible]
[illegible] جدا / بعدما حدث الحادث في الولايات المتحدة في ١١ سبتمبر ٢٠٠١م
من قبل المجرم الإرهابي الكبير أسامة بن لادن [illegible] التبليغ [illegible]
الى [illegible] بلدي [illegible] الأخبار من الإعلام العالمي [illegible]
التي حدثت [illegible] الحرب على أفغانستان وحكومة طالبان [illegible]
حكومة طالبان [illegible] ضد الأمريكان وطالبوا أسامة [illegible] المسلمين [illegible] العالم [illegible].

الحمد لله كما قلت / أنا مسلم [illegible] من أجل الطلب [illegible] المسلمين
في أفغانستان وهذا ليس معناه أنني إرهابي أو عدو لأمريكا وهذا [illegible]
الى أفغانستان [illegible] إرهابيا أو عدوا لأمريكا أو [illegible] الى أفغانستان
عند العرب [illegible] أسامة بن لادن [illegible] بالسجن [illegible] قبل الحرب
[illegible] بالكيبل الكهربائي [illegible]
[illegible] المتحدة [illegible] السعودية [illegible]
[illegible]

[illegible] طالبان

RECEIVED
APR 13 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FILED
JUN 22 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1241

GUAN-2005-T 01176

(٤)

وادخلوني السجن [illegible] وقطعا [illegible] لجبا سير

[illegible] الحرب [illegible] البجاسيس [illegible] جسمي [illegible]

[illegible] بعض الطهاة مثل [illegible] BETADINE [illegible] OINTMENT [illegible]

احضروا بعض [illegible] AMBIOTIC [illegible] الجرح [illegible]

في يدي اليسرى [illegible] امريكا ودول الحلفاء [illegible]

[illegible] I.C.R.C. [illegible]

[illegible]

[illegible] المستشفى [illegible] ايام [illegible]

MIRWAYS HOSPITAL

[illegible] السجن [illegible]

[illegible]

[illegible]

[illegible]

[illegible] الامريكان [illegible] ايام [illegible] سنوات [illegible]

[illegible] السجن [illegible] الطعام [illegible]

[illegible] الامريكان [illegible]

[illegible]

[illegible]

[illegible] بالقتل [illegible]

[illegible]

وتكلتني العصابة بسبب [illegible] مع بعض [illegible] صنائع المسجد [illegible]

من [illegible] بالسياح [illegible] بالقذارة

من بول [illegible] ولم يكفروا [illegible] الشيطان [illegible]

[illegible] كلها [illegible] الإسلام — [illegible]

[illegible] الجلود [illegible]

بكل القذارة — [illegible]

[illegible] الأمريكية [illegible] الله

[illegible]

[illegible] الأعمال [illegible]

[illegible] السجين [illegible]
عبد الكريم [illegible]
٤٩٣

FAMILY NAME FATER NAME FIRST NAME

BUKHARI – ABDULKARIM – ABDULHAKIM

ICN #493