UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


ABDUL HAKIM ABDUL KARIM AMIN BUKHARI

        Petitioner

   v.                                    C.A. No. 05-1241 (RMC)

GEORGE W. BUSH, et al.

        Respondent


**SUPPLEMENTAL PETITION FOR WRIT OF HABEAS CORPUS**

GUAN-2005-T03185

C.A. 05-1241 RMC

14-June-2005
(TN: this part is written in English) United States Court for District of Colombia
333 constitution Avenue N.W. Washington, DC 20001.

Welcome O' lawyers, I hope that you are in wellbeing and enjoying health and happiness. I thank you very much for your great service that you provide to the detainees. This is honorable thing for a country that holds the motto of democracy, and it's a beautiful thing that you provide service for any human in prison. My greetings and best wishes for you on success and rightness...

Previously, I presented a letter for you in my name, and I had explained my situation to you. I did not receive any reply from your side, however, I had received a letter from my brother in Saudi, and he informed me that Dr. NAJEEB AL NUA'AYMI called them and informed them that I am sick and in the hospital. This news worried them, and honesty I was disturbed with this. I was not in the hospital, however, I only visited the dentist office a number of times. He asked me in the letter about who is Dr. NAJEEB AL NUA'AYMI. Like I said before, I wrote to him and I told him that I do not know this Dr., this is the first time I hear about this name, and if he call again, do not answer him with openness, because no one had informed me about this before so I can understand the subject. Is Dr. NAJEEB AL NUA'AYMI from your side? If the answer is yes, I apologize and I apologize again.

I do not have any problems with the United States of America, and also do not have any problem with anybody else on the face of earthy, praise be to Allah that I am the enemy of myself only. I want to meet one of your lawyers in any place so I can explain my problem, so someone can understand my situation (page 2) with understanding and intelligence, so he can help me and I can go back to my country, my family, children and I start new life. I am ready now to write a written paper with my signature, in which after I go back to my country that I will not leave out of Saudi no matter what happens, because I am not crazy that I leave this country knowing that, I grew older; I turned fifty years old. The human learns from his mistakes and fix them, and there is no impregnable person from mistakes, isn't that true?

Once again O' lawyers, thank you very much and may Allah prosper you.

Petition (signed)
Family name   father name     grandfather name   first name
BUKHARI- ABDULKARIM. AMW-          ABDULHAKIM
Camp-5- C204. I.C.N # 493