AO 458 (Rev. 11/04 DC)-Appearance

---

# United States District Court
# For the District of Columbia

ABDUL HAKIM ABDUL KARIM  
AMIN BUKHARI  
        Plaintiff(s)      )  
                              )      **APPEARANCE**  
                              )  
            vs.           )      CASE NUMBER   05-cv-01241  
GEORGE W. BUSH, ET AL.   )  
        Defendant(s)    )  

To the Clerk of this court and all parties of record:

Please enter the appearance of __Billy H. Nolas*__ as counsel in this
                                (Attorney's Name)

case for: __ABDUL HAKIM ABDUL KARIM AMIN BUKHARI__
                       (Name of party or parties)

| | |
|---|---|
| October 28, 2005 | /s/ Billy H. Nolas |
| Date | Signature |
| | BILLY H. NOLAS |
| | Print Name |
| DC #899275; PA #83177 | Federal Community Defender Office |
| BAR IDENTIFICATION | for the Eastern District of Pennsylvania |
| | Address |
| *With: Maureen Rowley (PA 33020) | 601 Walnut Street, Suite 545 West |
|       Chief Federal Defender | Philadelphia, PA   19106 |
|       David McColgin (PA 42963) | City    State    Zip Code |
|       Supervising Appellate | (215) 928-0520; (215) 928-1100 |
|       Assistant Federal Defender | Phone Number |
|       Cristi Charpentier (PA 62055) | |
|       Shawn Nolan (PA 56535) | |
|       Mark Wilson (PA 26887) | |
|       Assistant Federal Defenders | |

## CERTIFICATE OF SERVICE

I, Billy H. Nolas, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have electronically filed the attached Entry of Appearance with the United States District Court for the District of Columbia and served a copy of same via Certified Mail, Return Receipt Requested, upon the following persons:

**Kenneth L. Wainstein**
U.S. ATTORNEY
District of Columbia District
Judiciary Center
555 4th Street, NW
Washington, D.C. 20530

**George W. Bush**
PRESIDENT, UNITED STATES OF AMERICA
The White House
1600 Pennsylvania Avenue, NW
Washington, D.C. 20301-1000

**Army Brig. Gen. J. Hood**
COMMANDER, JOINT TASK FORCE-GTMO
JTF-GTMO
APO AE 09360

**Army Col. Bumgarner**
COMMANDER, JDOG
JTF-GTMO
APO AE 09360

**Alberto R. Gonzales**
ATTORNEY GENERAL OF THE UNITED STATES
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Ave., NW
Room 5111
Washington, D.C. 20530

**Donald Rumsfeld**
SECRETARY, U.S. DEP'T. OF DEFENSE
1000 Defense Pentagon
Washington, D.C. 20301-1000

**Brig. Gen. Hood**
UNITED STATES ARMY
Army Pentagon
Washington, D.C. 20310-0200

**Army Col. Bumgarner**
UNITED STATES ARMY
Army - Pentagon
Washington, D.C. 20310-0200

_____
BILLY H. NOLAS
Assistant Federal Defender

DATE: October 28, 2005