## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| | : | |
| **ABDUL HAKIM ABDUL KARIM** | : | |
| **AMIN BUKHARI,** | : | **CIVIL ACTION** |
| **Petitioner,** | : | **(Habeas Corpus)** |
| | : | |
| *v.* | : | |
| | : | |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| **Respondents.** | : | **No.  1:05-cv-01241(RMC)** |
| | : | |
| | : | |

### UNOPPOSED MOTION FOR EXPEDITED ENTRY OF
### THE AMENDED PROTECTIVE ORDER

Petitioner hereby moves for expedited entry of the standard protective orders and avers the following:

1.      On June 22, 2005, Petitioner's pro se Petition for a Writ of Habeas Corpus was docketed with this Court.

2.      On July 18, 2005, the government filed a *Motion to Stay the Proceedings Pendng Related Appeals and for Coordination*.

3.      On October 14, 2005, undersigned counsel was appointed and on October 28, 2005, counsel filed a notice of appearance.

4.      On November 2, 2005, Petitioner filed, through counsel, an *Amended Petition for a Writ of Habeas Corpus*.

5.      On November 7, 2005, the government filed an *Amended Motion to Stay Proceedings Pending Related Appeals*.  In that motion, the government requested that the Court enter the  standard protective orders that have been entered in related cases and attached those orders as exhibits.  See In re Guantanamo Detainee Cases, 344 F.Supp.2d 174 (D.D.C. 2004).

6.      On November 8, 2005, Petitioner filed a *Response to Respondents' Amended Motion to Stay Proceedings Pending Related Appeals*, which also included a request that the Court enter the standard protective orders.

7.      The Court has yet to enter the protective orders.  The government has informed counsel that correspondence with Mr. Bukhari is not permitted until the protective orders are entered.  The government has further indicated that it has no objection to this e-filing and the entry of the protective orders.  As such, Petitioner requests that the Court enter the attached order forthwith so that counsel may communicate with their client.

Respectfully submitted,


/s/Billy H. Nolas
Billy H. Nolas (DC 399275; PA 83177)
Assistant Federal Defender
Maureen Rowley (PA 33020)
Chief Federal Defender
David McColgin (PA 42963)
Supervising Appellate Assistant Federal Defender
Cristi Charpentier (PA 62055)
Shawn Nolan (PA 56535)
Mark Wilson (PA 26887)
Assistant Federal Defenders
Federal Community Defender Office for the
Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520; (215) 928-1100

Dated:   December 8, 2005

Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument has been served

via the e-filing system on the following counsel of record for respondents:

Mr. Terry Henry
Ms. Preeya M. Noronha
US DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7144
Washington, DC 20530

/s/Billy H. Nolas
Billy H. Nolas

Dated:  December 8, 2005