IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ABDUL HAKIM ABDUL KARIM AMIN BUKHARI,**<br>Petitioner, | : : : : : : | CIVIL ACTION<br>(Habeas Corpus) |
| v. | : : | |
| **GEORGE W. BUSH,** *et al.*,<br>Respondents. | : : : : | No. 1:05-cv-01241(RMC) |

## **(PROPOSED) ORDER**

Having considered Petitioner's *Unopposed Motion for Expedited Entry of The Amended Protective Order*, it is hereby

ORDERED that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004 in In re Guantanamo Detainee Cases, 344 F.Supp. 2d 174 (D.D.C. 2004), the Order Supplementing and Amending filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004 in In re Guantanamo Detainee Cases and the Order Addressing the Designation Procedures for "Protected Information," first issued on November 10, 2004 in In re Guantanamo Cases shall apply to the above-captioned case.

IT IS SO ORDERED.

DATED: _____     _____
                                                                                        United States District Judge