UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABDUL HAKIM ABDUL KARIM AMIN BUKHARI, | ) ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-1241 (RMC) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

## ORDER

Petitioner Abdul Hakim Abdul Karim Amin Bukhari, a detainee at the United States Naval Station in Guantanamo Bay, Cuba, filed a *pro se* petition for a writ of habeas corpus on June 22, 2005. He amended that petition, through counsel, on November 7, 2005. Now before the Court are Respondents' Motion to Stay Proceedings Pending Related Appeals and for Coordination; Respondents' Amended Motion to Stay Proceedings Pending Related Appeals; Mr. Bukhari's Motion for Factual Return; and Mr. Bukhari's Unopposed Motion for Expedited Entry of the Amended Protective Order. Upon consideration of the parties' motions, oppositions, and the entire record of this case, it is hereby

**ORDERED** that Respondents' Motion to Stay Proceedings Pending Related Appeals and for Coordination [Dkt. #2] is **DENIED AS MOOT**; and it is

**FURTHER ORDERED** that Respondents' Amended Motion to Stay Proceedings Pending Related Appeals [Dkt. #9] is **GRANTED IN PART**; and it is

**FURTHER ORDERED** that this action is **STAYED** pending the resolution of all appeals in the *In re Guantanamo Bay Detainee Cases*, 355 F. Supp. 2d 443 (D.D.C. 2005), and *Khalid v. Bush*, 355 F. Supp. 2d 311 (D.D.C. 2005); and it is

**FURTHER ORDERED** that Petitioner's Unopposed Motion for Expedited Entry of the Amended Protective Order [Dkt. #16] is **GRANTED**; and it is

**FURTHER ORDERED** that the following Orders, first entered in the *In re Guantanamo Bay Detainee Cases*, shall apply in this case: (1) the Amended Protective Order and Procedures for Counsel Access to Detainees, first issued on November 8, 2004; (2) the Order Supplementing and Amending Filing Procedures Contained in the November 8, 2004, Amended Protective Order, first issued on December 13, 2004; and (3) the Order Addressing Designation Procedures for Protected Information, first issued on November 10, 2004; and it is

**FURTHER ORDERED** that Petitioner's Motion for Factual Return [Dkt. #12] is **GRANTED IN PART**; and it is

**FURTHER ORDERED** that, no later than February 21, 2006, Respondents shall submit a factual return supporting Mr. Bukhari's detention. If necessary or appropriate, the factual return may be filed under seal

**SO ORDERED**.

Date: December 21, 2005                                /s/
                                                       ROSEMARY M. COLLYER
                                                       United States District Judge