IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABDUL HAKIM ABDUL KARIM AMIN BUKHARI, <br> Petitioner, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br> Respondents. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br> (Habeas Corpus) <br><br><br><br> No. 1:05-cv-01241(RMC) |

NOTICE OF FILING MEMORANDA OF UNDERSTANDING AND
ACKNOWLEDGMENT TO THE AMENDED PROTECTIVE ORDER

    Petitioner hereby give notice to all parties of the filing of the attached *Memoranda of Understanding Regarding Access to Classified National Security Information* and signed *Acknowledgments* of all undersigned counsel.

                                            Respectfully submitted,

                                            /s/Billy H. Nolas
                                            Billy H. Nolas (DC 399275; PA 83177)
                                            Assistant Federal Defender
                                            Maureen Rowley (PA 33020)
                                            Chief Federal Defender
                                            David McColgin (PA 42963)
                                            Supervising Appellate Assistant Federal Defender
                                            Cristi Charpentier (PA 62055)
                                            Shawn Nolan (PA 56535)
                                            Mark Wilson (PA 26887)
                                            Assistant Federal Defenders
                                            Federal Community Defender Office for the
                                            Eastern District of Pennsylvania
                                            601 Walnut Street, Suite 545 West
                                            Philadelphia, PA 19106
                                            (215) 928-0520; (215) 928-1100

Dated:   December 27, 2005

Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument has been served via the e-filing system on the following counsel of record for respondents:

>Ms. Preeya M. Noronha
>US DEPARTMENT OF JUSTICE
>20 Massachusetts Avenue, NW
>Room 7226
>Washington, DC 20529-0001

/s/Billy H. Nolas
Billy H. Nolas

Dated:  December 27, 2005