IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HAKIM ABDUL KARIM AMIN BUKHARI,<br><br>    Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United<br>    States, *et al.*,<br><br>    Respondents. | CIVIL ACTION<br>(Habeas Corpus)<br><br><br>No. 1:05-cv-01241-RMC<br>**JUDGE ROSEMARY COLLYER** |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 41; 18 U.S.C. § 641; 50 U.S.C. §783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing

to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdul Hakim Abdul Karim Amin Bukhari v. George W. Bush, et al., No. 05-cv-01241.

(2)     I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)     I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned Abdul Hakim Abdul Karim Amin Bukhari v. George W. Bush, et al., No. 05-cv-01241, and I agree to comply with the provisions thereof.

_____          _____
BILLY H. NOLAS                                                    Date
    *(signed)*                                                      12/23/05

_____          _____
                                                                  Date

## **ACKNOWLEDGMENT**

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdul Hakim Abdul Karim Amin Bukhari v. George W. Bush, et al., No. 05-cv-01241, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 12-23-05          BY:     BILLY H. NOLAS

                         SIGNED: *Billy H Nolas*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HAKIM ABDUL KARIM AMIN BUKHARI, <br><br> Petitioner, <br><br> v. <br><br> GEORGE W. BUSH, President of the United States, *et al.*, <br><br> Respondents. | CIVIL ACTION <br> (Habeas Corpus) <br><br><br> No. 1:05-cv-01241-RMC <br> JUDGE ROSEMARY COLLYER |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 41; 18 U.S.C. § 641; 50 U.S.C. §783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1)    I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing

to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdul Hakim Abdul Karim Amin Bukhari v. George W. Bush, et al., No. 05-cv-01241.

(2)    I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)    I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned Abdul Hakim Abdul Karim Amin Bukhari v. George W. Bush, et al., No. 05-cv-01241, and I agree to comply with the provisions thereof.

*Maureen K. Rowley*  /  12/23/05
MAUREEN K. ROWLEY          Date

_____           _____
                          Date

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdul Hakim Abdul Karim Amin Bukhari v. George W. Bush, et al., No. 05-cv-01241, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 12/23/05

BY: MAUREEN K. ROWLEY

SIGNED: *Maureen K. Rowley*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABDUL HAKIM ABDUL KARIM AMIN BUKHARI, | : : : | CIVIL ACTION (Habeas Corpus) |
| Petitioner, | : : | |
| v. | : : | No. 1:05-cv-01241-RMC JUDGE ROSEMARY COLLYER |
| GEORGE W. BUSH, President of the United States, *et al.*, | : : : : | |
| Respondents. | : : : | |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 41; 18 U.S.C. § 641; 50 U.S.C. §783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing

to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdul Hakim Abdul Karim Amin Bukhari v. George W. Bush, et al., No. 05-cv-01241.

(2)   I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)   I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned Abdul Hakim Abdul Karim Amin Bukhari v. George W. Bush, et al., No. 05-cv-01241, and I agree to comply with the provisions thereof.

_____        _12/27/05_____
CRISTI CHARPENTIER                                      Date

_____        _____
                                                                              Date

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdul Hakim Abdul Karim Amin Bukhari v. George W. Bush, et al., No. 05-cv-01241, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 12/27/05                    BY:    CRISTI CHARPENTIER

                                   SIGNED: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HAKIM ABDUL KARIM AMIN BUKHARI,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>  President of the United States, *et al.*,<br><br>Respondents. | CIVIL ACTION<br>(Habeas Corpus)<br><br><br>No. 1:05-cv-01241-RMC<br>JUDGE ROSEMARY COLLYER |

## <u>MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION</u>

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 41; 18 U.S.C. § 641; 50 U.S.C. §783; 28 C.F.R. § 17 <u>et seq</u>.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing

to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdul Hakim Abdul Karim Amin Bukhari v. George W. Bush, et al., No. 05-cv-01241.

(2)  I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)  I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned Abdul Hakim Abdul Karim Amin Bukhari v. George W. Bush, et al., No. 05-cv-01241, and I agree to comply with the provisions thereof.

_____          _____
DAVID McCOLGIN                                    Date  12/23/05

_____          _____
                                                  Date

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdul Hakim Abdul Karim Amin Bukhari v. George W. Bush, et al., No. 05-cv-01241, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 12/23/05

BY: __DAVID McCOLGIN__

SIGNED: _/s/ D. McColgin_

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HAKIM ABDUL KARIM AMIN BUKHARI, | : <br> : CIVIL ACTION <br> : (Habeas Corpus) <br> : |
| Petitioner, | : |
| v. | : No. 1:05-cv-01241-RMC <br> : JUDGE ROSEMARY COLLYER |
| GEORGE W. BUSH, President of the United States, *et al.*, | : <br> : <br> : |
| Respondents. | : <br> : |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 41; 18 U.S.C. § 641; 50 U.S.C. §783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing

to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdul Hakim Abdul Karim Amin Bukhari v. George W. Bush, et al., No. 05-cv-01241.

(2)     I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)     I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned Abdul Hakim Abdul Karim Amin Bukhari v. George W. Bush, et al., No. 05-cv-01241, and I agree to comply with the provisions thereof.

_____          12/23/05
SHAWN NOLAN                              Date


_____          _____
                                         Date

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdul Hakim Abdul Karim Amin Bukhari v. George W. Bush, et al., No. 05-cv-01241, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 12/23/05

BY: SHAWN NOLAN

SIGNED: /s/ Shawn Nolan

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HAKIM ABDUL KARIM AMIN BUKHARI, | CIVIL ACTION (Habeas Corpus) |
| Petitioner, | |
| v. | No. 1:05-cv-01241-RMC JUDGE ROSEMARY COLLYER |
| GEORGE W. BUSH, President of the United States, *et al.*, | |
| Respondents. | |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 41; 18 U.S.C. § 641; 50 U.S.C. §783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1)   I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing

to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdul Hakim Abdul Karim Amin Bukhari v. George W. Bush, et al., No. 05-cv-01241.

(2)     I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)     I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned Abdul Hakim Abdul Karim Amin Bukhari v. George W. Bush, et al., No. 05-cv-01241, and I agree to comply with the provisions thereof.

_____          _____
MARK WILSON                                                        Date
                                                                        December 23, 2005

_____          _____
                                                                        Date

2

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdul Hakim Abdul Karim Amin Bukhari v. George W. Bush, et al., No. 05-cv-01241, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 12/23/05                         BY:     MARK WILSON

                                        SIGNED: *Mark Wilson*