IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ABDUL HAKIM ABDUL KARIM AMIN BUKHARI,** <br> Petitioner, <br><br> v. <br><br> **GEORGE W. BUSH,** *et al.*, <br> Respondents. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br> (Habeas Corpus) <br><br><br><br> No.  1:05-cv-01241(RMC) |

### **(PROPOSED) ORDER**

AND NOW, this _____ day of _____, 2006, it is hereby ORDERED that Respondents shall provide factual returns in the above-captioned case by March ___, 2006.

IT IS SO ORDERED.


DATED: _____          _____
                                                                                 United States District Judge