IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Al-Marri v. Bush | ) | Case No. 04-CV-2035 (GK) |
| Al Mohammed v. Bush | ) | Case No. 05-CV-0247 (HHK) |
| Al Adahi v. Bush | ) | Case No. 05-CV-0280 (GK) |
| Al Wazan v. Bush | ) | Case No. 05-CV-0329 (PLF) |
| Chaman v. Bush | ) | Case No. 05-CV-0887 (RWR) |
| Sohail v. Bush | ) | Case No. 05-CV-0993 (RMU) |
| Tohirjanovich v. Bush | ) | Case No. 05-CV-0994 (JDB) |
| Al Hela v. Bush | ) | Case No. 05-CV-1048 (RMU) |
| Bukhari v. Bush | ) | Case No. 05-CV-1241 (RMC) |
| Alsawam v. Bush | ) | Case No. 05-CV-1244 (CKK) |
| Al Ginco v. Bush | ) | Case No. 05-CV-1310 (RJL) |
| Hatim v. Bush | ) | Case No. 05-CV-1429 (RMU) |
| Faraj v. Bush | ) | Case No. 05-CV-1490 (PLF) |
| Attash v. Bush | ) | Case No. 05-CV-1592 (RCL) |
| Qasim v. Bush | ) | Case No. 05-CV-1779 (JDB) |
| Al Ghizzawi v. Bush | ) | Case No. 05-CV-2378 (JDB) |
| Feghoul v. Bush | ) | Case No. 06-CV-0618 (RWR) |
| Rumi v. Bush | ) | Case No. 06-CV-0619 (RJL) |
| Yaakoobi v. Bush | ) | Case No. 06-CV-1683 (RWR) |

**RESPONDENTS' OPPOSITION TO PETITIONERS' MOTION TO STAY AND ABEY**

Petitioners in the above-captioned cases recently filed motions to stay their cases and to

have them held in abeyance. Respondents have filed a motion to dismiss the proceedings in these cases. See Respondents' Motion To Dismiss (filed on April 19, 2007). Respondents oppose the motions to stay and abey on the grounds set forth in their memorandum of law filed in support of their motion to dismiss, to which respondents respectfully refer the Court.

Dated: April 23, 2007               Respectfully submitted,

                                    PETER D. KEISLER
                                    Assistant Attorney General

                                    CARL NICHOLS
                                    Deputy Assistant Attorney General

                                    DOUGLAS N. LETTER
                                    Terrorism Litigation Counsel

                                     /s/   Andrew I. Warden
                                    JOSEPH H. HUNT (D.C. Bar No. 431134)
                                    VINCENT M. GARVEY (D.C. Bar No. 127191)
                                    JUDRY L. SUBAR (D.C. Bar 347518)
                                    TERRY M. HENRY
                                    JEAN LIN
                                    JAMES J. SCHWARTZ
                                    ROBERT J. KATERBERG
                                    NICHOLAS J. PATTERSON
                                    ANDREW I. WARDEN (IN Bar No. 23840-49)
                                    EDWARD H. WHITE
                                    NICHOLAS A. OLDHAM
                                    Attorneys
                                    United States Department of Justice
                                    Civil Division, Federal Programs Branch
                                    20 Massachusetts Ave., N.W.  Rm. 7212
                                    Washington, DC  20530
                                    Tel:  (202) 514-4107
                                    Fax:  (202) 616-8470

                                    Attorneys for Respondents