IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ABDUL HAKIM ABDUL KARIM AMIN BUKHARI,**<br>Guantanamo Bay Naval Station,<br>Guantanamo Bay, Cuba<br>     Petitioner<br><br>V.<br><br>**GEORGE W. BUSH**<br>     President of the United States<br>     The White House<br>     1600 Pennsylvania Avenue, N.W.<br>     Washington, D.C. 20500; | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br>(HABEAS CORPUS)<br><br><br>No:   05-cv-01241<br><br><br>JUDGE ROSEMARY COLLYER |

NOTICE OF FILING

Petitioner hereby notifies the Court and Respondent that *Petitioner's Opposition to Respondents' Motion to Dismiss Habeas Petition for Lack of Jurisdiction* has been sent by Federal Express to the Court Security Officer for delivery on April 27, 2007 at 12:00 pm.

                                                Respectfully submitted,

                                                /s/Billy H. Nolas
                                                Billy H. Nolas (DC 399275; PA 83177)
                                                Assistant Federal Defender
                                                Maureen Rowley (PA 33020)
                                                Chief Federal Defender
                                                David McColgin (PA 42963)
                                                Supervising Appellate Assistant Federal Defender
                                                Cristi Charpentier (PA 62055)
                                                Shawn Nolan (PA 56535)
                                                Mark Wilson (PA 26887)
                                                Assistant Federal Defenders
                                                Federal Community Defender Office for the
                                                Eastern District of Pennsylvania
                                                601 Walnut Street, Suite 545 West
                                                Philadelphia, PA 19106
                                                (215) 928-0520; (215) 928-1100

Dated:   April 26, 2007

Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument has been served via the e-filing system on the following counsel of record for respondents:

Mr. Terry Henry
US DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7144
Washington, DC 20529-0001


/s/Billy H. Nolas
Billy H. Nolas


Dated: April 26, 2007