UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDUL HAKIM ABDUL KARIM AMIN BUKHARI,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br><br>Respondents. | Civil Action No. 05-1241 (RMC) |

## MEMORANDUM OPINION AND ORDER

Petitioner Abdul Hakim Abdul Karim Amin Bukhari, a detainee at the United States Naval Station in Guantanamo Bay, Cuba, filed a *pro se* petition for a writ of habeas corpus on June 22, 2005. He amended that petition, through counsel, on November 7, 2005. Now before the Court are Respondents' Motion to Dismiss, Petitioner's Opposition, and Petitioner's Motion to Maintain Stay and Hold Proceedings in Abeyance. Upon consideration of the pleadings and the case law, *see Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007); *Kiyemba v. Bush*, No. 05-5487, 2007 WL 964612 (D.C. Cir. Mar. 22, 2007); *Zalita v. Bush*, No. 07-5129 (D.C. Cir. Apr. 25, 2007) (*per curiam*), it is hereby

**ORDERED** that Respondents' Motion to Dismiss [Dkt. # 40] is **GRANTED**; and it is

**FURTHER ORDERED** that Petitioner's Motion to Maintain Stay and Hold Proceedings in Abeyance [Dkt. # 39] is **DENIED**; and it is

**FURTHER ORDERED** that all other pending motions are **DENIED** as moot; and it is

**FURTHER ORDERED** that this case is **DISMISSED** for lack of subject matter jurisdiction; accordingly, this case is closed.

**SO ORDERED.**

                                                                             _____/s/_____
                                                                             ROSEMARY M. COLLYER
                                                                             United States District Judge

DATE: May 9, 2007