IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| **ABDUL HAKIM ABDUL KARIM AMIN BUKHARI,** | : | CIVIL ACTION |
| Petitioner, | : | (Habeas Corpus) |
| | : | |
| v. | : | |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| Respondents. | : | No.  1:05-cv-01241(RMC) |
| | : | |

**NOTICE OF FILING**

Petitioner hereby give notice to all parties of the filing of the attached *Notice of Appeal* has been sent by Federal Express to the Court Security Officer for delivery on June 6, 2007 at 12:00 pm..

                                               Respectfully submitted,

                                               /s/Billy H. Nolas
                                               Billy H. Nolas (DC 399275; PA 83177)
                                               Assistant Federal Defender
                                               Maureen Rowley (PA 33020)
                                               Chief Federal Defender
                                               David McColgin (PA 42963)
                                               Supervising Appellate Assistant Federal Defender
                                               Matthew Lawry (PA 87221)
                                               Supervisory Assistant Federal Defender - CHU
                                               Cristi Charpentier (PA 62055)
                                               Shawn Nolan (PA 56535)
                                               Brett Sweitzer (PA 82601)
                                               Mark Wilson (PA 26887)
                                               Assistant Federal Defenders
                                               Federal Community Defender Office for the
                                               Eastern District of Pennsylvania
                                               601 Walnut Street, Suite 545 West
                                               Philadelphia, PA 19106
                                               (215) 928-0520; (215) 928-1100

Dated:   June 5, 2007

Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument has been served via the e-filing system on the following counsel of record for respondents:

Mr. Terry Henry
Judry Laeb Subar
US DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7226
Washington, DC 20529-0001

/s/Billy H. Nolas
Billy H. Nolas

Dated: June 5, 2007