**PREVIOUSLY FILED WITH CSO AND
CLEARED FOR PUBLIC FILING**

**IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ABDUL HAKIM ABDUL KARIM | : | |
| AMIN BUKHARI | : | |
| Guantanamo Bay Naval Station, | : | |
| Guantanamo Bay, Cuba | : | CIVIL ACTION |
| Petitioner | : | (HABEAS CORPUS) |
| | : | |
| V. | : | |
| | : | No:    05-CV-01241 (RMC) |
| GEORGE W. BUSH, et. al. | : | |
| President of the United States | : | |
| The White House | : | |
| 1600 Pennsylvania Avenue, N.W. | : | |
| Washington, D.C. 20500; | : | |
| | : | |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE, that Petitioner/Appellant, Abdul Hakim Bukhari, hereby

provides notice of his appeal to the United States Court of Appeals for the District of Columbia

Circuit from the District Court's order, entered May 9, 2007, granting Respondents' Motion to

Dismiss, denying Petitioner's Motion to Maintain Stay and Hold Proceedings in Abeyance,

denying all other pending motions and dismissing Petitioner's habeas petition, and from all other

adverse orders and rulings.  The District Court's order is attached as Exhibit 1.

Respectfully submitted,


/s/Billy H. Nolas
Billy H. Nolas (DC 399275; PA 83177)
Assistant Federal Defender
Maureen Rowley (PA 33020)
Chief Federal Defender
David McColgin (PA 42963)
Supervising Appellate Assistant Federal Defender
Cristi Charpentier (PA 62055)
Matthew Lawry (PA 87221)
Shawn Nolan (PA 56535)
Brett Sweitzer (PA 82601)
Mark Wilson (PA 26887)
Assistant Federal Defenders
Federal Community Defender Office for the
Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520; (215) 928-1100

Dated:   June 7, 2007

Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument has been served via the e-filing system on the following counsel of record for respondents:

Mr. Terry Henry
Mr. Andrew Warden
Judry Laeb Subar
US DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7226
Washington, DC 20529-0001

/s/Billy H. Nolas
Billy H. Nolas

Dated:  June 7, 2007