UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

PETITIONERS SEEKING HABEAS
CORPUS RELIEF IN RELATION TO
PRIOR DETENTIONS AT
GUANTANAMO BAY

Misc. No. 08-0444 (TFH)

No. 1:05-cv-01241(RMC)

STATUS REPORT ON BEHALF OF
PETITIONER ABDUL HAKIM ABDUL KARIM BUKHARI

Pursuant to the Order of this Court dated July 3, 2008, undersigned counsel for Petitioner Abdul Bukhari submits this status report:

1.      Abdul Bukhari filed a *pro se* petition for writ of habeas corpus on June 22, 2005. He filed a counseled amended petition on November 7, 2005. On May 9, 2007, the District Court (Hon. Rosemary Collyer) dismissed the petition pursuant to Boumediene v. Bush, 476 F.3d 981 (D.C. Cir. 2007), rev'd, 128 S. Ct. 2229 (2008). Mr. Bukhari filed a notice of appeal from that dismissal on June 7, 2007. On October 10, 2007, the Court of Appeals for the District of Columbia entered an Order holding the appeal in abeyance. Bukhari v. Bush, No. 07-5201, Order (D.C. Cir. Oct. 10, 2007) (per curiam).

2.      According to a Government filing, Mr. Bukhari was transferred from Guantanamo Bay to Saudi Arabia in early September, 2007. Since that time, we have been unable to contact him; we believe that he remains in some form of custody in Saudi Arabia.

3.      Counsel believe that Mr. Bukhari had to promise the Saudi authorities that he would have no contact with his habeas counsel in order to obtain his transfer to Saudi Arabia. Counsel, however, are without sufficient information at this time to assert whether Mr. Bukhari

continues to suffer collateral consequences from his designation as an enemy combatant or from his former detention at Guantanamo. Counsel also do not know at this point whether Mr. Bukhari would desire us to seek relief from any such collateral consequences. For this reason, counsel respectfully request 30 days in which to attempt to determine whether there are any collateral consequences from which relief might be sought and whether Mr. Bukhari wishes us to seek such relief.

4. Counsel understands that the government will likely file a motion to dismiss the habeas petition on the ground that Mr. Bukhari has been released. If the government files such a motion, counsel requests 30 days in which to file a response in opposition.

5. On November 8, 2005, counsel filed a response to a Government Motion that included a motion to compel production of a factual return. On December 21, 2005, the Court ordered that Respondents provide Petitioner's counsel with factual returns by February 21, 2006. Thereafter, in the wake of the passage of the Detainee Treatment Act, the Court issued an order denying all pending motions without prejudice (none were pending here) and staying all action in the case pending the jurisdictional rulings of the Circuit Court. The Government did not comply with the Court's factual return order, apparently based on its belief that said order was stayed by the Court's subsequent order staying all action. Counsel still has not received any factual return in this case. Once this Court rules on the government's motion to dismiss (if such a motion is filed) counsel requests that the Court direct the Government to comply with its previous order compelling production of factual returns.

                                        Respectfully submitted,

                                        /s/Billy H. Nolas
Billy H. Nolas (DC 399275; PA 83177)
Assistant Federal Defender
Maureen Rowley (PA 33020)
Chief Federal Defender
David McColgin (PA 42963)
Supervising Appellate Assistant Federal Defender
Cristi Charpentier (PA 62055)
Shawn Nolan (PA 56535)
Matthew Lawry (PA 87221)
Mark Wilson (PA 26887)
Assistant Federal Defenders
Federal Community Defender Office for the
Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520; (215) 928-1100

Dated: July 14, 2008

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument has been served via the e-filing system on the following counsel of record for respondents:

Mr. Terry Henry
US DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7144
Washington, DC 20530

/s/Billy H. Nolas
Billy H. Nolas

Dated: July 14, 2008