# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5201**                                     **September Term 2007**

05cv01241

**Filed On:** July 31, 2008

Abdul Hakim Abdul Karim Bukhari,

    Appellant

v.

George W. Bush, President of the United States, et al.,

    Appellees

## ORDER

Upon consideration of the unopposed motion for remand, it is

**ORDERED** that the motion be granted.

The Clerk is directed to issue forthwith to the district court a certified copy of this order in lieu of formal mandate.

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                      BY:   /s/
                           Lynda M. Flippin
                           Deputy Clerk

A True Copy:
United States Courts of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk